United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSUE DANIEL ROMERO ALMENDAREZ, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-1615 |
| v. | § § | |
| PAMELA BONDI, *et al.*, | § § | |
| Respondents. | § § | |

**DISMISSAL ORDER**

The petitioner, Josue Daniel Romero Almendarez, has filed a motion to dismiss his petition for a writ of habeas corpus as moot. (Docket Entry No. 7). Almendarez was granted voluntary departure and his counsel is informed and believes that Almendarez is no longer in the physical immigration detention challenged in this action. (*Id.* at 2). The court grants the motion. This case is dismissed, without prejudice, as moot. All pending motions are terminated as moot.

SIGNED on July 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge